# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ROBERT BELISLE,**

    Plaintiff,

    v.                                                      Case No. 17-CV-20

**KENOSHA COUNTY,
CITY OF KENOSHA,
STATE OF WISCONSIN, and
IMMIGRATION CUSTOMS ENFORCEMENT,**

    Defendants.

## RECOMMENDATION TO DISMISS ACTION FOR LACK OF DILIGENCE

On January 5, 2017, Robert Belisle filed this action without the assistance of counsel seeking redress under 42 U.S.C. § 1983 for alleged violations of his constitutional rights that occurred while he was in custody at the Kenosha County Detention Center awaiting deportation to Belize. *See* Complaint, ECF No. 1. The matter was randomly assigned to this Court, and Mr. Belisle subsequently consented to magistrate judge jurisdiction. *See* Consent to Proceed Before a Magistrate Judge, ECF No. 6 (citing 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(b)).

Based on my review of the Complaint, I ordered Mr. Belisle to file an amended pleading by August 21, 2017. *See* Order Directing Plaintiff to File an Amended Complaint, ECF No. 7. Mr. Belisle never filed an amended complaint. On September 11, 2017, the Court issued a show-cause order, directing Mr. Belisle to explain his failure to comply with Court orders. *See* Order to Show Cause, ECF No.

8. The show-cause order indicated that Mr. Belisle's failure to respond may result in dismissal of this action for lack of diligence pursuant to Fed. R. Civ. P. 41(b) and E.D. Wis. Civ. L. R. 41(c). Mr. Belisle's response was due on or before October 2, 2017. To date, the Court has not received Mr. Belisle's response to the show-cause order.

Because not all parties have had the opportunity to consent to magistrate judge jurisdiction, *see Coleman v. Labor & Indus. Review Comm'n*, 860 F.3d 461 (7th Cir. 2017), the matter will be referred to a district judge for review of my recommendation that this action be dismissed for failure to prosecute, failure to comply with court orders, and lack of diligence.

**NOW, THEREFORE, IT IS HEREBY RECOMMENDED** that this action be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) and E.D. Wis. Civ. L. R. 41(c). The Clerk of Court is directed to send a copy of this Recommendation to the Kenosha County Sheriff.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72(b)(2), and E.D. Wis. Gen. L. R. 72(c), whereby written objections to any recommendation herein, or part thereof, may be filed within fourteen days of service of this Recommendation. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with the district judge shall result in a waiver of your right to appeal. If no response or reply will be filed, please notify the Court in writing.

Dated at Milwaukee, Wisconsin, this 19th day of October, 2017.

BY THE COURT:

*s/ David E. Jones*
DAVID E. JONES
United States Magistrate Judge